# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**ENGAGE HEALTHCARE
COMMUNICATIONS, LLC., et al.,**

Plaintiffs,

v.

**INTELLISPHERE, LLC.,** *et al.,*

Defendants.

Civil Action No. 12-787 (FLW)(LHG)

## <u>ORDER</u>

This matter has been opened to the Court upon the Report and Recommendation of Special Master Marc E. Wolin, Esq., recommending that the application by Plaintiffs Engage Healthcare Communications LLC, et al. ("Plaintiffs") objecting to the Third Set of Supplemental Interrogatories dated October 27, 2016 ("October 2016 Interrogatories") served on Plaintiffs by Defendants Intellisphere LLC et al ("Defendants") be granted in part and denied in part.  [Docket Entry No. 211].  Pursuant to the Order Appointing Special Master, any party wishing to object to all or part of a Special Master's recommendation or order was to file a motion with the Court within 21 days of filing of the Report and Recommendation.  [Docket Entry No. 205 at ¶6].  No objections have been filed in response to the Report and Recommendation and accompanying Order [Docket Entry No. 212] entered by the Special Master.

Plaintiffs submitted an application to the Special Master objecting to three interrogatories propounded by Defendants.  The parties then briefed the issue to the Special Master.  On February 10, 2017, the Special Master docketed his Report and Recommendation granting Plaintiffs' application objecting to Defendants' request for "the identification of facts relating to trademarks identified in Defendants' Second Amended Counterclaim, without prejudice to

Defendants' right to seek this information at a later point in time" and denying Plaintiffs' application in all other respects. [Docket Entry No. 211 at 2-3]. According to the Report and Recommendation, Plaintiffs were to respond to the outstanding parts of the October 2016 Interrogatories within 30 days of entry of the Report and Recommendation. *Id.* at 3.

No party has filed any objection to the Special Master's Report and Recommendation and accompanying Order. Therefore, the Court adopts the Report and Recommendation and the accompanying Order of the Special Master.

For the foregoing reasons, and for good cause shown,

**IT IS** on this **31st** day **May**, **2017**,

**ORDERED** that that the Court **ACCEPTS** and **ADOPTS** the Special Master's Report and Recommendation and accompanying order, [Docket Entry Nos. 211, 212], such that Plaintiffs' application is GRANTED IN PART and DENIED IN PART as set forth in the Report and Recommendation.

**LOIS H. GOODMAN**
**United States Magistrate Judge**